UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-01891-RGK (JEMx) | Date | June 10, 2010 |
|---|---|---|---|
| Title | BILLYE SERABIAN v. CELLCO PARTNERSHIP, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** DEFENDANT TOO LAZY LLC'S MOTION TO DISMISS OR ALTERNATIVELY, STRIKE PORTIONS OF AMENDED CLASS ACTION COMPLAINT (DE 20)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on June 14, 2010, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |