

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: June 14, 2010

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Name & Address
Superior Court of CA County of San
Luis Obispo
1050 Monterey St
San Luis Obispo, CA 93408

FILED 2010 JUN 22 PM 2:54 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

Re: Case Number: __CV10-1891-RGK(JEMx)__

Previously Superior Court Case No. __CV090438__

Case Name: __Billye Serbian -v- Cellco Partnership__

Dear Sir / Madam:
  Pursuant to this Court's ORDER OF REMAND issued on __June 14, 2010__, the above-referenced case is hereby remanded to your jurisdiction.

  Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

  Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: __Brent Pacillas__
Deputy Clerk   213-894-5216

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court
By: _____
Deputy Clerk

__6/21/10__
Date

CV - 103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)